**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| In the Matter of | : No. 2318 Disciplinary Docket No. 3 |
| | : |
| KATHY DIANNE BAILEY | : Board File No. C1-16-828 |
| | : |
| | : (District of Columbia Court of Appeals, No. |
| | : 16-BG-790) |
| | : |
| | : Attorney Registration No. 43429 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of January, 2017, having failed to reply to this Court's directive of November 9, 2016, to provide reasons against the imposition of reciprocal discipline, Kathy Dianne Bailey is suspended from the practice of law in this Commonwealth for two years. She is directed to comply with all the provisions of Pa.R.D.E. 217.